AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

UNITED STATES OF AMERICA

V.

Christopher Michael Sevier

**WARRANT FOR ARREST**

Case Number: 3:17-cr-69-L

OKED Case No. 18-MJ-101-KEW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Christopher Michael Sevier__
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ✓ Indictment | Information | Complaint | Order of court | Probation Violation Petiton | Supervised Release Violation Petition | Violation Notice |

charging him or her (brief description of offense)

Felon in Possession of a Firearm
Possession with Intent to Distribute a Controlled Substance

in violation of Title __18, 21__ United States Code, Section(s) __922(g)(1) and 924(a)(2), 841(a)(1) and (b)(1)(C)__

__Karen Mitchell, U.S. District Court Clerk__
Name and Title of Issuing Officer

_Karen Mitchell_ (signature)
Signature of Issuing Officer

__United States Magistrate Judge Paul D. Stickney__

2/8/2017                Dallas, Texas
Date                    Location

By: __s/ N. Taylor__
    Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

/02577 93

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| CHRISTOPHER MICHAEL SEVIER (1) | |

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 FEB -7  P 2: 43
DEPUTY CLERK_____

3-17CR-069-L

### INDICTMENT

The Grand Jury Charges:

Count One
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about September 12, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Christopher Michael Sevier**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Jimenez Arms Inc., Model J.A. .380, .380 caliber handgun, bearing serial number 363097.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Indictment - Page 1

<u>Count Two</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about September 12, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Christopher Michael Sevier**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Christopher Michael Sevier**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including but not limited to the following:

(1) a Jimenez Arms Inc., Model J.A. .380, .380 caliber handgun, bearing serial number 363097; and

(2) any ammunition recovered with the weapon.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JOHN J. BOYLE
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Tel:  214.659.8617
Fax: 214.659.8805

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CHRISTOPHER MICHAEL SEVIER (1)

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance

18 U.S.C. §924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

A true bill rendered

_____
DALLAS                                FOREPERSON

Filed in open court this 7th day of February, 2017.

---

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending