| | |
|---|---|
| Case title: USA v. Sevier | Date Filed: 09/19/2018 |
| Other court case number: 3:17−cr−69−L Northern District of Texas | |

Assigned to: Magistrate Judge Kimberly E. West

**Defendant (1)**

| | | |
|---|---|---|
| **Christopher Michael Sevier** | represented by | **Robert S. Williams**<br>Federal Public Defender – Muskogee<br>627 W Broadway<br>Muskogee, OK 74401−6220<br>918−687−2430<br>Fax: 918−687−2392<br>Email: robert_williams@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:922(g)(1) and 924(a)(2) – Felon in Possession of Firearm | |

**Plaintiff**

**USA**                                          represented by   **Robert A. Wallace**
US Attorney (OKED)
520 Denison Ave
Muskogee, OK 74401
918–684–5100
Fax: 918–684–5150
Email: rob.wallace@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/19/2018 |   | 3 | ARREST on Charges Pending in ND/TX (Rule 5) as to Christopher Michael Sevier. (adw, Deputy Clerk) (Entered: 09/19/2018) |
| 09/19/2018 | 1 | 4 | RULE 5 PAPERS from ND/TX as to Christopher Michael Sevier. (adw, Deputy Clerk) (Entered: 09/19/2018) |
| 09/19/2018 | 2 | 10 | MINUTE ORDER by Magistrate Judge Kimberly E. West setting hearings: Initial Appearance – Rule 5 set for 9/19/2018 03:00 PM in Courtroom 3, Room 432, US Courthouse, 5th & Okmulgee, Muskogee, OK before Magistrate Judge Kimberly E. West as to Christopher Michael Sevier. (adw, Deputy Clerk) (Entered: 09/19/2018) |
| 09/19/2018 | 3 | 11 | ATTORNEY APPEARANCE by Robert A. Wallace on behalf of USA. (adw, Deputy Clerk) (Entered: 09/19/2018) |
| 09/19/2018 | 4 | 12 | ATTORNEY APPEARANCE (FPD) by Robert S. Williams on behalf of Christopher Michael Sevier. (adw, Deputy Clerk) (Entered: 09/19/2018) |
| 09/19/2018 | 5 | 13 | MINUTES of Proceedings held before Magistrate Judge Kimberly E. West: Initial Appearance in Rule 5 Proceedings held on 9/19/2018 as to Christopher Michael Sevier. Defendant remanded to custody of USMS for removal to the Northern District of Texas. (adw, Deputy Clerk) (Entered: 09/19/2018) |
| 09/19/2018 | 6 | 14 | ORAL MOTION for Appointment of Counsel by Christopher Michael Sevier. (adw, Deputy Clerk) (Entered: 09/19/2018) |
| 09/19/2018 | 7 | 15 | ORDER APPOINTING COUNSEL by Magistrate Judge Kimberly E. West: granting 6 Motion for Appointment of Counsel as to Christopher Michael Sevier (1). (Attachments: # 1 Financial Affidavit) (adw, Deputy Clerk) (Entered: 09/19/2018) |
| 09/19/2018 | 8 | 17 | WAIVER of Rule 5 Hearings approved by Magistrate Judge Kimberly E. West by Christopher Michael Sevier. (adw, Deputy Clerk) (Entered: 09/19/2018) |
| 09/19/2018 | 9 | 18 | COMMITMENT to Another District (Rule 5) by Magistrate Judge Kimberly E. West as to Christopher Michael Sevier. (adw, Deputy Clerk) (Entered: 09/19/2018) |

```
MIME-Version:1.0
From:CM-ECFRetMail_OKED@oked.uscourts.gov
To:CM-ECFLive_OKED@oked.uscourts.gov
Bcc:
--Case Participants: Linda A. Epperley (caseview.ecf@usdoj.gov, heather.moores@usdoj.gov,
linda.epperley@usdoj.gov, sheryl.hanshaw@usdoj.gov, usaoke.criminal@usdoj.gov,
whitney.robison@usdoj.gov), Magistrate Judge Kimberly E. West
(allison_winkle@oked.uscourts.gov, amy_green@oked.uscourts.gov,
kurt_anderson@oked.uscourts.gov, sally_rader@oked.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:993320@oked.uscourts.gov
Subject:Activity in Case 6:18-mj-00101-KEW USA v. Sevier Arrest (Rule 5)
Content−Type: text/html
```

# U.S. District Court

# Eastern District of Oklahoma

## Notice of Electronic Filing

The following transaction was entered on 9/19/2018 at 1:17 PM CDT and filed on 9/19/2018

| | |
|---|---|
| **Case Name:** | USA v. Sevier |
| **Case Number:** | [6:18−mj−00101−KEW](#) |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ARREST on Charges Pending in ND/TX (Rule 5) as to Christopher Michael Sevier. (adw, Deputy Clerk)**

**6:18−mj−00101−KEW−1 Notice has been electronically mailed to:**

Linda A. Epperley &nbsp &nbsp linda.epperley@usdoj.gov, CaseView.ECF@usdoj.gov, heather.moores@usdoj.gov, sheryl.hanshaw@usdoj.gov, usaoke.criminal@usdoj.gov, whitney.robison@usdoj.gov

**6:18−mj−00101−KEW−1 Notice has been delivered by other means to:**

AO 442     (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern                   District of                   Texas

UNITED STATES OF AMERICA

V.

Christopher Michael Sevier

**WARRANT FOR ARREST**

Case Number: 3:17-cr-69-L

OKED Case No. 18-MJ-101-KEW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Christopher Michael Sevier
                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petiton   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her (brief description of offense)

Felon in Possession of a Firearm
Possession with Intent to Distribute a Controlled Substance

in violation of Title  18, 21  United States Code, Section(s)  922(g)(1) and 924(a)(2), 841(a)(1) and (b)(1)(C)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_s/ Karen Mitchell_
Signature of Issuing Officer

United States Magistrate Judge Paul D. Stickney     2/8/2017     Dallas, Texas
                                                                                  Date                Location

By: s/ N. Taylor
    Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Oklahoma Eastern

102577 93

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 FEB -7  P 2: 43

DEPUTY CLERK____

| UNITED STATES OF AMERICA | NO. |
| --- | --- |
| v. | |
| CHRISTOPHER MICHAEL SEVIER (1) | |

3-17CR-069-L

INDICTMENT

The Grand Jury Charges:

Count One
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about September 12, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Christopher Michael Sevier**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Jimenez Arms Inc., Model J.A. .380, .380 caliber handgun, bearing serial number 363097.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

<u>Count Two</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about September 12, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Christopher Michael Sevier**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Case 6:18-mj-00101-KEW   Document 1   Filed 09/19/18   Page 4 of 6
Case 3:17-cr-00069   Document 1   Filed 02/07/17   Page 3 of 5   PageID 3

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Christopher Michael Sevier**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including but not limited to the following:

(1) a Jimenez Arms Inc., Model J.A. .380, .380 caliber handgun, bearing serial number 363097; and

(2) any ammunition recovered with the weapon.

Indictment - Page 3

Oklahoma Eastern

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JOHN J. BOYLE
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Tel:  214.659.8617
Fax: 214.659.8805

Indictment - Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CHRISTOPHER MICHAEL SEVIER (1)

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance

18 U.S.C. §924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

A true bill rendered

_____
DALLAS                                                FOREPERSON

Filed in open court this 7th day of February, 2017.

-----------------------------------------------------------------

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending

```
MIME-Version:1.0
From:CM-ECFRetMail_OKED@oked.uscourts.gov
To:CM-ECFLive_OKED@oked.uscourts.gov
Bcc:
--Case Participants: Linda A. Epperley (caseview.ecf@usdoj.gov, heather.moores@usdoj.gov,
linda.epperley@usdoj.gov, sheryl.hanshaw@usdoj.gov, usaoke.criminal@usdoj.gov,
whitney.robison@usdoj.gov), Magistrate Judge Kimberly E. West
(allison_winkle@oked.uscourts.gov, amy_green@oked.uscourts.gov,
kurt_anderson@oked.uscourts.gov, sally_rader@oked.uscourts.gov)
--Non Case Participants: OKED Probation - Presentence
(cm-ecf_mail_okep@okep.uscourts.gov), US Marshall (oked_usmnef@oked.uscourts.gov)
--No Notice Sent:

Message-Id:993325@oked.uscourts.gov
Subject:Activity in Case 6:18-mj-00101-KEW USA v. Sevier Order
Content-Type: text/html
```

# U.S. District Court

# Eastern District of Oklahoma

## Notice of Electronic Filing

The following transaction was entered on 9/19/2018 at 1:19 PM CDT and filed on 9/19/2018

| | |
|---|---|
| **Case Name:** | USA v. Sevier |
| **Case Number:** | 6:18–mj–00101–KEW |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**MINUTE ORDER by Magistrate Judge Kimberly E. West setting hearings: Initial Appearance – Rule 5 set for 9/19/2018 03:00 PM in Courtroom 3, Room 432, US Courthouse, 5th & Okmulgee, Muskogee, OK before Magistrate Judge Kimberly E. West as to Christopher Michael Sevier. (adw, Deputy Clerk)**

**6:18–mj–00101–KEW–1 Notice has been electronically mailed to:**

Linda A. Epperley    linda.epperley@usdoj.gov, CaseView.ECF@usdoj.gov, heather.moores@usdoj.gov, sheryl.hanshaw@usdoj.gov, usaoke.criminal@usdoj.gov, whitney.robison@usdoj.gov

**6:18–mj–00101–KEW–1 Notice has been delivered by other means to:**

AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

**APPEARANCE**

UNITED STATES OF AMERICA
vs.

CHRISTOPHER MICHAEL SEVIER

Case Number: 18-MJ-101-KEW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff.

FILED
SEP 19 2018
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

I certify that I am admitted to practice in this court.

_09/19/2018_____     _____
Date                              Signature

Name, Address, Phone Number
Rob Wallace
~~Linda Epperley~~, AUSA
520 Denison Avenue
Muskogee, Oklahoma  74401

918 684 5100

Case 6:18-mj-00101-KEW   Document 4   Filed 09/19/18   Page 1 of 1

AO458 (Rev. 5/85)   Appearance

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

**APPEARANCE**

UNITED STATES OF AMERICA
vs.
CHRISTOPHER MICHAEL SEVIER

Case Number: 18-MJ-101-KEW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant.

I certify that I am admitted to practice in this court.

**FILED**
SEP 1 9 2018
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

_____09/19/2018_____          _____[signature]_____
Date                                              Signature

Name, Address, Phone Number

Robert S. Williams, AFPD
627 W. Broadway
Muskogee, Oklahoma  74401

(918) 687-2430

Oklahoma Eastern

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.: 18-MJ-101-KEW |
| v. ) | Date: 09/19/2018 |
| CHRISTOPHER MICHAEL SEVIER ) | Time: 2:17 PM – 2:20 PM |
| Defendant. ) | |

## MINUTE SHEET
## INITIAL APPEARANCE
(Rule 5)

U.S. Magistrate Judge Kimberly E. West    Allison Winkle, Deputy Clerk    FTR Courtroom:  3 - Room 432

Counsel for Plaintiff:  Robert A. Wallace, AUSA
Counsel for Defendant: Robert S. Williams, AFPD

☒ Fin. Afdt / oral request for counsel        Obj by Gov't :  ☐ yes   ☒ no    ☒ Court appointed counsel

☒ Defendant acknowledged receipt of copy of   _Indictment_   from   _ND/TX_    (Case No. 3:17-cr-69-L)
☒ Court advised defendant of constitutional rights under Rule 5.
☒ Court advised defendant of constitutional rights under Rule 20.

☒ Defendant waived Identity Hearing            ☒ Waiver executed and accepted by Court
☐ Defendant waived Preliminary Hearing
☐ Defendant requested Preliminary Hearing       ☐ Preliminary Hearing set
☒ Defendant requested to proceed to prosecuting district for preliminary hearing

☐ Parties have reviewed Pretrial Services Report regarding detention    Obj  ☐ yes   ☐ no -  ☐ by _____

☐ Government requested Detention
☒ Defendant waived detention hearing in this district and requested to be allowed to proceed to prosecuting district for further proceedings
☐ Defendant reserved issue of detention at this time
☐ Defendant agreed issue of bond is moot
☐ Defendant requested Detention Hearing        ☐ Detention Hearing set
☒ Defendant remanded to custody of U.S. Marshal for removal to the   _Northern_   District of   _Texas_

☐ Defendant allowed to post bond in the amount of _____(unsecured/secured/surety)
   ☐ Conditions of Release:_____

**Additional Minutes:**

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: AW

```
MIME-Version:1.0
From:CM-ECFRetMail_OKED@oked.uscourts.gov
To:CM-ECFLive_OKED@oked.uscourts.gov
Bcc:
--Case Participants: Robert S. Williams (okn_ecf@fd.org, robert_williams@fd.org), Robert
A. Wallace (caseview.ecf@usdoj.gov, heather.moores@usdoj.gov, rob.wallace@usdoj.gov,
usaoke.criminal@usdoj.gov), Magistrate Judge Kimberly E. West
(allison_winkle@oked.uscourts.gov, amy_green@oked.uscourts.gov,
kurt_anderson@oked.uscourts.gov, sally_rader@oked.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:993428@oked.uscourts.gov
Subject:Activity in Case 6:18-mj-00101-KEW USA v. Sevier Motion for Appointment of Counsel
Content-Type: text/html
```

# U.S. District Court

# Eastern District of Oklahoma

## Notice of Electronic Filing

The following transaction was entered on 9/19/2018 at 3:28 PM CDT and filed on 9/19/2018

| | |
|---|---|
| **Case Name:** | USA v. Sevier |
| **Case Number:** | 6:18−mj−00101−KEW |
| **Filer:** | Dft No. 1 – Christopher Michael Sevier |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
 ORAL MOTION for Appointment of Counsel by Christopher Michael Sevier. (adw, Deputy Clerk)

**6:18−mj−00101−KEW−1 Notice has been electronically mailed to:**

Robert A. Wallace &nbsp &nbsp rob.wallace@usdoj.gov, CaseView.ECF@usdoj.gov, heather.moores@usdoj.gov, usaoke.criminal@usdoj.gov

Robert S. Williams &nbsp &nbsp robert_williams@fd.org, okn_ecf@fd.org

**6:18−mj−00101−KEW−1 Notice has been delivered by other means to:**

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
SEP 19 2018
PATRICK KEANEY
Clerk, U.S. District Court
By _____
Deputy Clerk

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case No. 18-MJ-101-KEW
)
CHRISTOPHER MICHAEL SEVIER, )
)
Defendant. )

## ORDER APPOINTING COUNSEL

On __9/19/18__ the above named having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds that the affiant is financially unable to obtain counsel. In accordance with the Eastern District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984,

**IT IS HEREBY ORDERED** that the:

☒ Federal Public Defender is appointed to represent the above-named defendant in all further proceedings unless and until relieved by order of the court.

☐ Federal Public Defender shall forthwith furnish the name(s) of a private attorney or attorneys, as necessary, for appointment to represent the above-named defendant in all further proceedings unless and until relieved by order of the Court.

☐ The Court finds that the defendant has the financial ability to make regular periodic payments to reimburse the government for the reasonable costs of providing representation for the defendant. The Court hereby ORDERS that the defendant pay to the Clerk of the Court, 101 North Fifth Street, Room 210, Muskogee, Oklahoma, $_____ per month, on or before the 15th day of each month, continuing until the government has been fully reimbursed for all reasonable costs of providing representation to the defendant or until further order of the Court.

☐ Federal Public Defender is temporarily appointed to represent the above-named defendant for purposes of initial appearance only.

Dated this __19th__ day of __September__, 20__18__.

_____
KIMBERLY E. WEST
U.S. MAGISTRATE JUDGE

Oklahoma Eastern

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: US v. CHRISTOPHER SEVIER
FOR: 14 on RULES
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name):

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge:
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☒ Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment? ___
How much did you earn per month? $ ___
If married, is your spouse employed? ☒ Yes ☐ No
IF YES, how much does your spouse earn per month? $ ___
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $ ___

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, total amount? $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, give value and description for each $ ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
___ Single
✓ Married
___ Widowed
___ Separated or Divorced
Total No. of Dependents: 4

List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)
DESCRIPTION / TOTAL DEBT / MONTHLY PAYMENT
0

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/

Date: 9/19/2018

Oklahoma Eastern

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

**FILED**
SEP 19 2018
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 18-MJ-101-KEW |
| CHRISTOPHER MICHAEL SEVIER | ) | |
| | ) | Charging District's Case No. 3:17-cr-69-L |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ___Northern District of Texas___

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: ___09/19/2018___

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

ROBERT WILLIAMS
*Printed name of defendant's attorney*

Oklahoma Eastern

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

EASTERN District of OKLAHOMA



FILED
SEP 1 9 2018
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.   18-MJ-101-KEW |
| CHRISTOPHER MICHAEL SEVIER | ) |
| | ) Charging District's |
| *Defendant* | ) Case No.   3:17-cr-69-L |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   Northern   District of   Texas  .

The defendant may need an interpreter for this language: _____.

The defendant:    ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   9/19/2018

_____
*Judge's signature*

KIMBERLY E. WEST, U.S. Magistrate Judge
*Printed name and title*

Oklahoma Eastern